UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NEOMEDIA TECHNOLOGIES, INC.,

            Plaintiff,

- against -

SCANBUY INC.,

           Defendant.

2:04-cv-03026-RJH

**ORDER**

The Clerk is respectfully directed to designate this case an ECF case and return the case to the undersigned's active docket.

SO ORDERED.

Dated: New York, New York
      August _7_, 2009

                                      Richard J. Holwell
                                      United States District Judge