UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
NEOMEDIA TECHNOLOGIES, INC.,

                Plaintiff,

vs.

SCANBUY, INC.,

Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Civil Action No. 04 Civ. 3026 (RJH)

**DISMISSAL**

[RECEIVED OCT 22 2009 CHAMBERS OF RICHARD J. HOLWELL]

Plaintiff NeoMedia Technologies, Inc. and Defendant Scanbuy, Inc., having reached agreement on a settlement of the claims brought and which could have been brought in this action, hereby agree to the dismissal of all pending claims and counterclaims brought against each other and, based upon this Stipulation of the parties,

IT IS HEREBY ORDERED, in accordance with Federal Rule of Civil Procedure 41(a)(1), as follows:

1. All claims and counterclaims brought by the parties against each other in this Civil Action are dismissed with prejudice; and

2. Each party shall bear its own costs and attorneys' fees.

SO ORDERED.

Dated: October 26 2009

                                            Richard J. Holwell
                                            United States District Judge

[USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 10/28/09]

*The Clerk is requested to close this case.*

AGREED TO:

Dated: October 19, 2009

NEOMEDIA TECHNOLOGIES, INC.

By: _____

Jeffrey A. Pine
Allison M. Corder
VALAUSKAS & PINE LLC
150 South Wacker Drive, Suite 620
Chicago, Illinois 60606
Tel.: 312-673-0360
Fax: 312-673-0361

Michael H. Baniak
McDONNELL BOEHNEN
  HULBERT & BERGHOFF LLP
300 South Wacker Drive
Chicago, Illinois 60606
Tel.: 312-913-0001
Fax: 312-913-0002

David Rabinowitz, Esq.
MOSES & SINGER LLP
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-1299
Tel.: 212-554-7800
Fax: 212-554-7700

Attorneys for Plaintiff
NeoMedia Technologies, Inc.

Dated: October 19, 2009

SCANBUY, INC.

By: _____

John M. Hintz
S. Calvin Walden
Victor F. Souto
Laura A. Sheridan
WILMER CUTLER PICKERING
  HALE AND DORR, LLP
399 Park Avenue
New York, NY 10022
Tel.: 212-230-8800
Fax: 212-230-8888

Avi Outmezguine
SCANBUY, INC.
54 West 39th Street – Floor 4
New York, NY 10018
Tel.: 212-278-0178 ext. 226
Fax: 212-764-0269

Attorneys for Defendant Scanbuy, Inc.